# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUGHT CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| MAXEL THOMASON, )  )  Plaintiff, )  )  vs. )  )  CONN APPLIANCES, INC., )  )  Defendant. )  _____ ) | CIVIL ACTION NO.  6:18-CV-00809-TMC |

## **MOTION TO STAY PENDING ARBITRATION**

The Plaintiff submits this Motion to Stay Pending Arbitration, requesting that the Court stay all proceedings related to this Matter and compel arbitration. In support of this Motion, the Plaintiff states:

1. Plaintiff commenced this action by filing a Complaint against Defendant on March 23, 2018.

2. The Plaintiff agrees to arbitrate all of the claims pursuant to an Agreement between the parties containing a binding arbitration clause attached as Exhibit "A."

3. This matter shall be submitted for arbitration with the American Arbitration Association ("AAA").

- 1 -

4. Defendant will pay the fees charged by AAA, the Administrator and the Arbitrator required to be paid by Defendant under the terms of the Arbitration Agreement set forth in Exhibit A.

5. The Plaintiff therefore respectfully requests this Court enter the Stipulated Order Compelling Arbitration, which orders all claims be submitted to arbitration and that this lawsuit be stayed, with the Court reserving jurisdiction to enforce the final award of the Arbitrator.

6. Pursuant to Local Rule 7.02 I have conferred with opposing counsel, who despite not having appeared in this case, consents to this request. Counsel for Defendant, Stefanie H. Jackman, is barred in Georgia, agrees to this Motion, and is receiving service of this Motion.

A proposed order is attached to this Motion for the Court's convenience.

Dated: April 19, 2018

/s/ *Dave Maxfield*
Dave A. Maxfield, FED ID 6293
5218 N Trenholm Road, Suite B
Columbia, SC 292006
Telephone: 803-509-6800
Facsimile: 855-299-1656
dave@consumerlawsc.com

*Counsel for Plaintiff Maxel Thomason*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the foregoing Joint Motion to Stay Pending Arbitration on the Clerk of Court and all parties of record by U.S. Mail and/or by using the CM/ECF system:

Stefanie H. Jackman
Georgia Bar No. 335652
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
jackmans@ballardspahr.com
*Counsel for Defendant Conn Appliances, Inc.*

        /s/ *Dave Maxfield*
        Dave A. Maxfield, FED ID 6293
        5218 N Trenholm Road, Suite B
        Columbia, SC 292006
        Telephone: 803-509-6800
        Facsimile: 855-299-1656
        dave@consumerlawsc.com

        *Counsel for Plaintiff Maxel Thomason*

Dated: April 19, 2018