IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Maxel Thomason,<br>         Plaintiff,<br>vs.<br>Conn Appliances, Inc., Conn's Inc., Conn Credit Corp., Inc. and Conn Credit I LP,<br>         Defendants. | Civil Action No. 6:18-cv-00809-TMC |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Maxel Thomason dismisses his claims as to Defendants Conn Appliances Inc., Conn's Inc., Conn Credit Corporation, Inc. and Conn Credit I LP with Prejudice, having settled his claims against Conn Appliances Inc., Conn's Inc., Conn Credit Corporation, Inc. and Conn Credit I LP.

               DAVE MAXFIELD, ATTORNEY, LLC


         By: _s/ Dave Maxfield_____
            David A. Maxfield, Fed. ID 6293
            P.O. Box 11865
            Columbia, SC 29211
            803-509-6800
            855-299-1656 (fax)
            dave@consumerlawsc.com
            *Counsel for Plaintiff*

DATED: July 27, 2020